WILLIAM W. GASKO, SR. v. MAYOR AND COUNCIL OF THE TOWNSHIP OF MONROE, ET AL.

April 26, 1988.

Petition for certification denied.

CHARLES BEDNAR v. WESTWOOD BOARD OF EDUCATION.

April 26, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 239)

FIRST FIDELITY BANK, N.A., NEW JERSEY—EDISON DIVISION v. EUGENIA POULOS, ET AL.

April 26, 1988.

Petition for certification denied.

JOSEPH VILLIG, JR. v. JOHN GOODKIND.

JOSEPH VILLIG, JR. v. PETER T. MCELROY.

April 26, 1988.

Petition for certification denied.